```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/28/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHFIELD CAPITAL, LP,

                Petitioner,

-against-

STONINGTON CAPITAL ADVISORS, LLC and
STONINGTON DRIVE SECURITIES LLC,

                Respondents.

24 Civ. 6269 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 20, 2024, Petitioner filed a petition to confirm an arbitration award. ECF No. 1; *see also* ECF No. 3. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly:

1. By **September 30, 2024**, Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which Petitioner intends to support the petition;

2. By **October 14, 2024**, Respondents shall file their opposition papers or a statement of non-opposition; and

3. By **October 21, 2024**, Petitioner shall file its reply, if any.

    The Court is also in receipt of Petitioner's statement of relatedness. ECF No. 12. Under Rule 13(a)(2)(B) of the Rules for the Division of Business Among District Judges, "civil cases presumptively shall not be deemed related unless both cases are pending before the court (or the earlier case is on appeal)." Here, the earlier case, No. 20 Civ. 6053, is closed. The Court, therefore, shall retain this matter.

    SO ORDERED.

Dated: August 28, 2024
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge