USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/28/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUTHFIELD CAPITAL, LP,<br><br>    Petitioner,<br><br>v.<br><br>STONINGTON CAPITAL ADVISORS, LLC<br>and STONINGTON DRIVE SECURITIES LLC,<br><br>    Respondents. | No. 24-cv-6269 (AT)<br><br>**JUDGMENT** |

      It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated December 16, 2024 (ECF 27), the Petition to confirm the Award is GRANTED. Judgment is entered as follows: (1) Stonington Capital Advisors, LLC and Stonington Drive Securities, LLC (together, "Stonington") are not entitled to fees for investments in the co-investment vehicles of Southfield Capital II, L.P. ("Fund II"); (2) Stonington is not entitled to fees for investments in the Protos Annex Fund, LP ("Protos Annex Fund"); (3) Southfield is not obligated to provide Stonington the information Stonington requested about the Protos Annex Fund; (4) Stonington is entitled to damages of $484,500, plus interest, for the unpaid re-up fees, which amount has been paid; (5) Stonington breached the Agreement's confidentiality provisions, entitling Southfield to nominal damages of $1.00, which amount has been paid; and (6) Stonington is not entitled to an award of attorneys' fees as a matter of law or under the parties' agreement; accordingly, the Clerk of Court is respectfully directed to close the case.

Dated: December 28, 2024

      New York, New York

                                                        ANALISA TORRES
                                                United States District Judge